**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-2128

CONNIE J. LAISHLEY,

Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Maurice G. Taylor, Jr.,
Magistrate Judge. (3:05-cv-00714)

Submitted: April 30, 2008          Decided: July 21, 2008

Before MOTZ and TRAXLER, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Connie J. Laishley, Appellant Pro Se. Heather Benderson, Michael
McGaughran, SOCIAL SECURITY ADMINISTRATION, Philadelphia,
Pennsylvania; Kelly Rixner Curry, Assistant United States Attorney,
Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connie J. Laishley appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Laishley v. Astrue, No. 3:05-cv-00714 (S.D. W. Va. Sept. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).